**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:23-cr-86 |
| SHELDON JASON BURCH, | |
| Defendant. | |

**O R D E R**

After a careful <u>de novo</u> review of the entire record, the Court concurs with the Magistrate Judge's October 24, 2024, Report and Recommendation, (doc. 41), to which no party has filed objections.   Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 41), as the opinion of the Court.   Therefore, the Court finds that defendant is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

In the parties' Joint Status Report they requested "that they be allowed an additional 30 days from the filing of the mental health evaluation report to submit pretrial motions."   (Doc. 31 at 2.)   More than 30 days have elapsed since the filing of the Psychiatric Report.   (<u>See</u> doc. 36.) The parties are, therefore, **DIRECTED** to submit an updated Joint Status Report within 7 days from the date of this Order.

**SO ORDERED**, this 14th day of November, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA