# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

## POST-CONVICTION CONSULTATION CERTIFICATION

### (APPEAL WAIVED)

**TO BE COMPLETED AND FILED BY COUNSEL:**

I, __W. Dow Bonds, Esq.__ [print name], attorney for __Sheldon Jason Burch__ [print name], certify that I this day met with my client, __Sheldon Jason Burch__ [print name], and:

- I found him/her to be of sound mind, clear-headed, and able to comprehend all of what I advised him/her regarding his/her right to appeal from the conviction and sentence in this case;

- I have fully explained to him/her that as a consequence of the waiver provisions of the plea agreement, he/she no longer has the right to a direct appeal to the Eleventh Circuit except for those exceptions outlined in the waiver provisions of the plea agreement;

- If the plea agreement contains exceptions to the appeal waiver and one or more exceptions apply to this case, then check here _____ and continue below:

_____
_____
_____

- I have advised him/her that an exception to an appeal applies to his/her case and about the advantages and disadvantages of pursuing an appeal;

- I have thoroughly inquired of him/her interest in appealing his/her conviction.

It is in that light that (check one):

__✓__ he/she has decided to file an appeal and thus has instructed me to file it for him/her.

_____ he/she has decided not to file an appeal, and I have explained to him/her the consequences of failing to do so. Those consequences include the waiver of his/her right to complain about the process that led up to his/her conviction, including in the future, should he/she decide to seek any form of habeas corpus, 28 U.S.C. §2255, or other judicial relief from the conviction.

This __22nd__ day of __May__, 20__25__.

Print: __W. Dow Bonds, Esq.__ (name of attorney)

Sign: __W Dow Bonds__ (signature of attorney)

Witnessed:

Print: __Sheldon Jason Burch__ (name of defendant)

Sign: __Sheldon Burch__ (signature of defendant)

TO BE COMPLETED BY THE DEFENDANT:

I, __Sheldon Jason Burch__ [print name], certify that I this day met with my attorney,

__W. Dow Bonds, Esq.__ [print name of attorney] and:

- I am of sound mind, clear-headed, and able to comprehend all of what my attorney has advised me about my right to appeal my conviction and sentence in this case;

- My attorney has fully explained to me that as a consequence of the waiver provisions of the plea agreement, I no longer have the right to a direct appeal to the Eleventh Circuit except for those exceptions outlined in the waiver provisions of the plea agreement;

- My attorney has advised me that an exception to an appeal waiver applies to my case and about the advantages and disadvantages of pursuing an appeal;

- My attorney has thoroughly inquired of me about my interest in appealing my conviction.

It is in that light that (check one):

__✓__ I have decided to file an appeal and thus have instructed my attorney to file it for me.

____ I have decided not to file an appeal, and my attorney has explained to me the consequences of failing to do so. Those consequences include the waiver of my right to complain about the process that led up to my conviction, including in the future, should I decide to seek any form of habeas corpus, 28 U.S.C. §2255, or other judicial relief from the conviction.

This __22nd__ day of __May__, 20 __25__.

Print: __W. Dow Bonds, Esq.__ (name of attorney)

Sign: __W Dow Bonds__ (signature of attorney)

Witnessed:

Print: __Sheldon Jason Burch__ (name of defendant)

Sign: __Sheldon Burch__ (signature of defendant)

**FILING:** Counsel must file this form in the trial-court record of the defendant's case within ten (10) business days following its completion. Attach this as the second page of a document bearing the caption of your client's case with this title: "POST-CONVICTION CONSULTATION CERTIFICATION".